FILED

APR 3 0 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

GERALD EUGENE OLSEN,

      Petitioner,

      v.

TERESER A. BANKS, WARDEN,
      Respondent.

Case No. CV 11-9757-DSF (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

4/30/12

Dated: _____

_Dale S. Fischer_

_____
Dale S. Fischer
United States District Judge

1