JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GERALD EUGENE OLSEN,

    Petitioner,

v.

TERESER A. BANKS, WARDEN,

    Respondent.

Case No. CV 11-9757-DSF (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 4/30/12

Dale S. Fischer
United States District Judge